**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

1) MYCA HUNTER-COBB,

       Plaintiff,

v.                                                                  Case No.  CIV-18-829-SLP

2) SAFECO INSURANCE COMPANY
OF AMERICA,

       Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Safeco Insurance Company of America ("Safeco") hereby removes the above-captioned case from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.  In support of this removal, Safeco states as follows:

1.      On July 20, 2018, Plaintiff Myca Hunter-Cobb ("Plaintiff") commenced an action in the District Court of Oklahoma County, Oklahoma, entitled *Myca Hunter-Cobb v. Safeco Insurance Company of America,* Case No. CJ-2018-3924 (the "State Court Action").  A true copy of the state court docket sheet is attached as Exhibit 1. All process, pleadings, and orders filed or served in the State Court Action are attached hereto as Exhibits 2 through 3.

2.      Upon information and belief, Plaintiff is a citizen of Canadian County, Oklahoma.  *See* Exhibit 2, Petition, at ¶ 1.  Defendant Safeco is a corporation

incorporated under the laws of the State of New Hampshire with its principal place of business in Boston, Massachusetts.

3.      In accordance with 28 U.S.C. § 1446(b)(1), this action has been removed within thirty (30) days of service of Plaintiff's Petition.

4.      The Western District of Oklahoma includes the state judicial district in which Plaintiff filed her Petition.

5.      This is a civil action over which this Court has original jurisdiction based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6.      The amount in controversy exceeds $75,000.00.  *See* Exhibit 2, Petition, at Plaintiff's Prayer for Relief.

6.      Contemporaneous with Safeco's filing of this Notice, Safeco shall serve written notice to Plaintiff's counsel of this filing, as required by 28 U.S.C. § 1446(d).

7.      Safeco shall also file a true copy of its Notice of Removal with the Clerk of the District Court in and for Oklahoma County, State of Oklahoma, as required by 28 U.S.C. § 1446(d).

## CONCLUSION

Defendant Safeco Insurance Company of America respectfully removes the State Court action from the District Court for Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma, to proceed as an action properly removed thereto.

Respectfully submitted,

*s/William W. O'Connor*

William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Jack Beesley
Michael E. Carr
Patrick E. Carr

**ATTORNEYS FOR PLAINTIFF**

*s/William W. O'Connor*
William W. O'Connor

3651003.1:003439:00047