# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MYCA HUNTER-COBB,** | |
| **Plaintiff,** | |
| v. | Case No. 18-cv-829-SLP |
| **SAFECO INSURANCE COMPANY OF AMERICA,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Myca Hunter-Cobb ("Plaintiff"), by and through her counsel of record John T. Beesley of Carr & Carr Attorneys, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA**

-and-

*s/John T. Beesley*_____
John T. Beesley, OBA No. 30484
**CARR & CARR ATTORNEYS**
4416 South Harvard Avenue
Tulsa, OK 74135
Telephone: (918) 747-1000
Facsimile: (918) 747-7284
jbeesley@carrcarr.com

**ATTORNEYS FOR PLAINTIFF**

*\* Signed by filing attorney with permission of Plaintiff's attorney.*

4128764.1:003439:00047